United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

    v.

SIERRA COUNTY, et al.,

        Defendants.

Case No.  14-cv-01952-VC

**ORDER TRANSFERRING CASE**

Re: Docket No. 11

      Pursuant to the parties' stipulation, reached in response to the Court's order to show cause, this case is transferred to the Eastern District of California, Sacramento Division.  The Clerk is directed to transfer and close the case.

      **IT IS SO ORDERED.**

Dated: June 27, 2014

_____
VINCE CHHABRIA
United States District Judge